### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: POWELL, VIVIAN L

§     Case No. 11-84003
§
§
Debtor(s)     §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN _____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/16/12 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 04/12/2012 _____     By: /s/JOSEPH D. OLSEN _____
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: POWELL, VIVIAN L                                  §     Case No. 11-84003
                                                         §
                                                         §
Debtor(s)                                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,000.00 |
| *and approved disbursements of* | $ | 25.00 |
| *leaving a balance on hand of* [1] | $ | 4,975.00 |

**Balance on hand:**                                     $             4,975.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:    $         4,975.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 62.73 | 0.00 | 62.73 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,162.50 | 0.00 | 1,162.50 |

Total to be paid for chapter 7 administration expenses:    $         2,475.23
Remaining balance:    $         2,499.77

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,499.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,499.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,120.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 80.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, LLC | 1,792.31 | 0.00 | 1,436.01 |
| 2 | Portfolio Recovery Associates, LLC | 1,327.70 | 0.00 | 1,063.76 |

Total to be paid for timely general unsecured claims: $ 2,499.77
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

Prepared By:   /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-84003-MB
Vivian L Powell                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: vgossett          Page 1 of 3          Date Rcvd: Apr 20, 2012
                           Form ID: pdf006          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2012.
db         +Vivian L Powell,    7218 Salzbrenner Lane,    Machesney Park, IL 61115-7608
aty        +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
17788158   +AClaim Resource Partners,    2714 McGraw Drive,    Bloomington, IL 61704-6012
17788159   +Associates is Psychiatry & Coun.,    2050 Larkin Avenue, Suite 202,    Elgin, IL 60123-5899
17788160   +CAPCU,    2075 Big Timber Road,    Elgin, IL 60123-1140
17788162    CB Accounts, Inc.,    124 SW Adams St Suite 215,    Peoria, IL 61602-2321
17788161    Capital One,    P.O. Box 85167,    Richmond, VA 23285-5167
17788163   +EdFinancial Services,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
17788164   +Equable Ascent Financial, LLC,    Blatt Hasenmiller Leibsker & Moore,
             211 Landmark Drive, Suite C-1,    Normal, IL 61761-2160
17788165   +Fingerhut,    Attn: Bankruptcy Department,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
17788166    First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
17788167   +Gibson & Sharps Attorneys at Law,    745 McClintock Drive, Suite 227,    Willowbrook, IL 60527-0857
17788169    HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
17788168   +Home Choice,    6943 East State Street,    Rockford, IL 61108-2692
17788171   +Mutual Management Services,    401 E. State St., 2nd Floor,    P.O. Box 4777,
             Rockford, IL 61110-4777
17788173    OSF Common Business Office,    P.O. Box 1806,    Peoria, IL 61656-1806
17788174    OSF St Anthony Medical Center,    5510 E. State Street,    Rockford, IL 61108-2381
18617151   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,
             PO Box 41067,    Norfolk VA 23541)
17788175   +Rockford Mercantile Agency Inc,    2502 S. Alpine Road,    Rockford, IL 61108-7813
17788176    Rushmore Service Center,    P.O. Box 5508,    Sioux Falls, SD 57117-5508
17788177    Seventh Avenue,    1112 -7th Avenue,    Monroe, WI 53566-1364
17788178   +Sherman Hospital,    934 Center Street,    Elgin, IL 60120-2125
17788181    Target Stores,    c/o Target Credit Services,    P.O. Box 1581,    Minneapolis, MN 55440-1581
17788182    The University of Chicago Physician,    Group,    75 Remittance Drive, Suite 1385,
             Chicago, IL 60675-1385
17788183   +Wells Fargo Bank, NA,    Freedman Aneselmo Lindberg LLC,    1807 W. Diehl Road, Suite 333,
             Naperville, IL 60563-1890

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17788170    +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2012 02:53:33     JC Penney,    Attn: Bankruptcy Dept.,
             P.O. Box 103104,    Roswell, GA 30076-9104
17788172    +E-mail/Text: bankrup@nicor.com Apr 21 2012 00:13:11     Nicor Gas Company,    P.O. Box 549,
             Aurora, IL 60507-0549
17788180    E-mail/PDF: cbp@slfs.com Apr 21 2012 01:53:24     Springleaf Financial,    600 N. Royal Ave,
             P.O. Box 3251,    Evansville, IN 47715-2612
17788179    E-mail/Text: bankruptcy@sw-credit.com Apr 21 2012 01:32:49     Southwest Credit Systems LP,
             4120 International Pkwy Suite 1100,    Carrollton, TX 75007-1958
                                                                                        TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18617263*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Jc Penney,    PO Box 41067,
             Norfolk VA 23541)
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-3        User: vgossett          Page 2 of 3          Date Rcvd: Apr 20, 2012
                           Form ID: pdf006          Total Noticed: 29

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2012**                    **Signature:**

District/off: 0752-3         User: vgossett           Page 3 of 3              Date Rcvd: Apr 20, 2012
                            Form ID: pdf006           Total Noticed: 29

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2012 at the address(es) listed below:
          Clay  Mosberg    on behalf of Creditor  Wells Fargo Bank N.A. cmosberg@fallaw.com,
           tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
          Jeffry A. Dahlberg    on behalf of Debtor Vivian Powell MartiM@balsleylawoffice.com,
           SandyC@balsleylawoffice.com;LisaH@balsleylawoffice.com;TelquilaJ@balsleylawoffice.com
          Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                    TOTAL: 4