**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: POWELL, VIVIAN L                     § Case No. 11-84003
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $217,128.00                    Assets Exempt: $38,581.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,499.77       Claims Discharged
                                                 Without Payment: $17,899.40

Total Expenses of Administration: $2,500.23

---

    3) Total gross receipts of $   5,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $175,011.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,500.23 | 2,500.23 | 2,500.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,279.16 | 3,120.01 | 3,120.01 | 2,499.77 |
| **TOTAL DISBURSEMENTS** | $192,290.16 | $5,620.24 | $5,620.24 | $5,000.00 |

4) This case was originally filed under Chapter 7 on September 13, 2011. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2012          By: /s/JOSEPH D. OLSEN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 05 Cadillac | 1229-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Bank, NA Freedman Aneselmo Lindberg | 4110-000 | 173,258.00 | N/A | N/A | 0.00 |
| NOTFILED | Equable Ascent Financial, LLC Blatt Hasenmiller | 4110-000 | 1,753.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$175,011.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 62.73 | 62.73 | 62.73 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,162.50 | 1,162.50 | 1,162.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,500.23 | $2,500.23 | $2,500.23 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,792.31 | 1,792.31 | 1,436.01 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,327.70 | 1,327.70 | 1,063.76 |
| NOTFILED | OSF St Anthony Medical Center | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile Agency Inc | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Common Business Office | 7100-000 | 153.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas Company | 7100-000 | 476.00 | N/A | N/A | 0.00 |
| NOTFILED | Rushmore Service Center | 7100-000 | 370.06 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial | 7100-000 | 451.00 | N/A | N/A | 0.00 |
| NOTFILED | Seventh Avenue | 7100-000 | 477.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Stores c/o Target Credit Services | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | The University of Chicago Physician Group | 7100-000 | 312.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Services | 7100-000 | 18.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital | 7100-000 | 320.60 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Credit Systems LP | 7100-000 | 210.30 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Gibson & Sharps Attorneys at Law | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 1,327.00 | N/A | N/A | 0.00 |
| NOTFILED | Associates is Psychiatry & Coun. | 7100-000 | 291.14 | N/A | N/A | 0.00 |
| NOTFILED | CAFCU | 7100-000 | 1,940.00 | N/A | N/A | 0.00 |
| NOTFILED | AClaim Resource Partners | 7100-000 | 2,381.06 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,596.00 | N/A | N/A | 0.00 |
| NOTFILED | EdFinancial Services | 7100-000 | 3,894.00 | N/A | N/A | 0.00 |
| NOTFILED | CB Accounts, Inc. | 7100-000 | 103.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Choice | 7100-000 | 530.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 239.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 1,124.00 | N/A | N/A | 0.00 |
| NOTFILED | Fingerhut | 7100-000 | 546.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$17,279.16** | **$3,120.01** | **$3,120.01** | **$2,499.77** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84003
**Case Name:** POWELL, VIVIAN L

**Period Ending:** 06/25/12

**Trustee:** (330400)   JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 09/13/11 (f)
**§341(a) Meeting Date:** 10/20/11
**Claims Bar Date:** 10/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 7218 Salzbrenner Lane, M | 186,450.00 | 0.00 | DA | 0.00 | FA |
| 2 | Misc. household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing and personal items | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wedding Rings | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Interest in Verizon Wireless 401K Plan | 16,981.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2004 Chevrolet Impala | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 05 Cadillac  (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 8 | American Family Credit Union - Ckg.  (u) | 6,137.00 | 0.00 | DA | 0.00 | FA |
| 9 | American Family Credit Union - Svgs.  (u) | 960.00 | 0.00 | DA | 0.00 | FA |
| 9 | **Assets   Totals** (Excluding unknown values) | **$217,128.00** | **$5,000.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 30, 2012       **Current Projected Date Of Final Report (TFR):**   March 31, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-84003  
**Case Name:** POWELL, VIVIAN L

**Taxpayer ID #:** **-***3278  
**Period Ending:** 06/25/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/15/12 | {7} | Corporate America | vehicle | 1229-000 | 5,000.00 | | 5,000.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 05/17/12 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,162.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,162.50 | 3,812.50 |
| 05/17/12 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $62.73, Trustee Expenses;  Reference: | 2200-000 | | 62.73 | 3,749.77 |
| 05/17/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 2,499.77 |
| 05/17/12 | 104 | Portfolio Recovery Associates, LLC | Dividend paid 80.12% on $1,792.31; Claim# 1; Filed: $1,792.31; Reference: | 7100-000 | | 1,436.01 | 1,063.76 |
| 05/17/12 | 105 | Portfolio Recovery Associates, LLC | Dividend paid 80.12% on $1,327.70; Claim# 2; Filed: $1,327.70; Reference: | 7100-000 | | 1,063.76 | 0.00 |

|  | | ACCOUNT TOTALS | 5,000.00 | 5,000.00 | $0.00 |
|---|---|---|---|---|---|
|  | | Less: Bank Transfers | 0.00 | 0.00 | |
|  | | Subtotal | 5,000.00 | 5,000.00 | |
|  | | Less: Payments to Debtors | | 0.00 | |
|  | | **NET Receipts / Disbursements** | **$5,000.00** | **$5,000.00** | |

Net Receipts :   5,000.00  
Net Estate :   $5,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******25-66 | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |